IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REMO H. DANIELS,

    Plaintiff,

v.

ACACIA K. LEPKE, et al.,

    Defendants.

ORDER

Case No.  25-cv-720-wmc

---

    Plaintiff Remo H. Daniels a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed complaint and has paid the $405 filing fee.  Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Remo H. Daniels's complaint is taken under advisement for screening pursuant to 28 U.S.C. § 1915A.  Plaintiff will be notified promptly when a decision has been made.  In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should write the case number shown above on any communication.

    Entered this 15th day of September, 2025.

                             BY THE COURT:

                             /s/
                             ANDREW R. WISEMAN
                             United States Magistrate Judge